# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| GONZALEZ Miranda, Emmanuel | ) | EP:23-MJ-2910 ATB |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
September 11, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Cecie Rodriguez
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___September 08, 2023___ in the county of ___El Paso___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18USC922 (g)(5) | It shall be unlawful for any person who, being an Alien who is illegally or unlawfully in the US to posses a firearm. |

This criminal complaint is based on these facts:

I further state that I am a Homeland Security Investigations Special Agent and this complaint is based on the facts stated within the attached affidavit:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Arriaga, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/11/2023

_____
*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

Oath Telephonically Sworn
Date: 9-11-2023
AM/PM
Fed.R. Cr. P. 4.1(b)(2)(A)

# AFFIDAVIT

On Friday, September 8, 2023, HSI Special Agents, along with Texas Department of Public Safety (DPS) Special Agents, conducted a state search warrant at a residence located at 3901 Idalia Ave., El Paso, TX.

Upon Entry, Emmanuel GONZALEZ Miranda was encountered at the residence. A search of the residence and the vehicles inside the curtilage of the residence revealed a black HK P30 handgun and a magazine loaded with ammunition inside a white Ford-F150. GONZALEZ claimed he drives the Ford-F150.

TX DPS SA Delgado read GONZALEZ his Miranda Statement of Rights in the Spanish language, witnessed by HSI SA Arriaga. GONZALEZ agreed to provide a statement without the presence of an attorney.

GONZALEZ stated he was the owner of the firearm and purchased it from an individual named RODOLFO approximately a year prior. GONZALEZ stated he paid $350 for the firearm in El Paso, TX. GONZALEZ stated he acquired the firearm because it was easy to get.

GONZALEZ claimed to be a national of Mexico and was working on getting the proper documents to remain in the United States.

An immigration database check revealed that GONZALEZ was not in possession of a valid immigration visa, re-entry permit or border crossing card, or other valid entry document required by the Immigration and Nationality Act to remain in the United States.

An immigration database check revealed that GONZALEZ was issued a Temporary Visitor for Pleasure/Tourism B2 Visa on January 20, 2007 and entered the US on January 21, 2007, through the Customs and Border Protection Port of Entry in El Paso, TX. The Visa expired on January 27, 2007. GONZALEZ did not depart the United States.

This affidavit is being submitted for the limited purpose of establishing probable cause for the arrest of Emmanuel GONZALEZ Miranda and does not set forth all my knowledge about this matter.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers.

SA Mark Arriaga, Case Agent